UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTNERS FOR GROWTH IV, L.P.,<br>            Plaintiff,<br>v.<br>JAMES DALTON, et al.,<br>            Defendant. | Case No. 21-cv-02807-VC<br><br>**ORDER OF DISMISSAL** |

      The Court has been advised by the *Third Stipulation to Extend Time for Defendants to Respond to Complaint*, filed on June 2, 2021, that the parties have reached a settlement in principle. (Re: Dkt. No. 16). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

      The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

      **IT IS SO ORDERED.**

Dated: June 10, 2021

_____
VINCE CHHABRIA
United States District Judge